UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.E.M.,<br><br>                               Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center; et al.,<br><br>                               Defendants. | Case No.: 3:25-cv-02521-CAB-AHG<br><br>**ORDER DISMISSING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT; ORDER TO SHOW CAUSE**<br><br>[Doc. Nos. 2, 8] |

      Before the Court is Petitioner and Respondents' joint motion to dismiss as moot the pending motion for temporary restraining order. [Doc. No. 8.] Petitioner was released from Immigration and Customs Enforcement (ICE) custody on bond on September 29, 2025. [*Id.* at 2.] Respondents agreed not to re-detain Petitioner pending the appeal of the Immigration Judge's bond determination, so long as he enrolls in, participates in, and complies with ICE's Alternatives to Detention program. [*Id.*] Resultingly, the motion for temporary restraining order, [Doc. No. 2], is **DISMISSED AS MOOT**.

In their joint motion, the parties requested that the Court issue a briefing schedule on the habeas petition. [Doc. No. 8 at 2.] Considering that Petitioner has been released from custody on bond, on or before **October 9, 2025**, Petitioner is **ORDERED TO SHOW CAUSE** as to why the habeas petition is not moot and what further relief this Court can provide. *See Picrin–Peron v. Rison*, 930 F.2d 773, 776 (9th Cir. 1991) ("By his petition for habeas corpus, [petitioner] has requested only release from custody. Because he has been released, there is no further relief we can provide.").

It is **SO ORDERED**.

Dated: October 2, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge